# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tomlinson, A. Kathleen | Eastern District of New York | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Alphone D'Amato US Courthouse
914 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express FSB Mortgage | Shared mortgage on ▮▮▮ home, Livingston, NJ | J |
| 2. Citizens First Bank | Mortgage on Rental Property, The Villages, Florida (Pt. VII, line 10) | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tomlinson, A. Kathleen** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Citibank Accounts (cash equivalent) | A | Interest | L | T | | | | | |
| 2. | IBM Stock | B | Dividend | K | T | | | | | |
| 3. | Talcott Resolution Select Dimen Var Ann. (formerly Hartford) (H) | | | | | | | | | |
| 4. | - Invesco V.I. Govt MM Fd | | None | K | T | | | | | |
| 5. | - Invesco V.I. GrowthandInc Fd | | None | L | T | | | | | |
| 6. | Prudential Financial (common stock) | A | Dividend | J | T | | | | | |
| 7. | Allianz Vision New York Qualified IRA (H) | | | | | | | | | |
| 8. | -- AZL MVP Growth Index Strategy - RMD | E | Dividend | O | T | Sold (part) | 01/16/20 | J | | |
| 9. | | | | | | Sold (part) | 04/16/20 | J | | |
| 10. | | | | | | Sold (part) | 06/16/20 | J | | |
| 11. | | | | | | Sold (part) | 10/16/20 | J | | |
| 12. | Rental Prop: The Villages, FL (7/08 $290,000) | D | Rent | N | R | | | | | |
| 13. | Avantax Acct #1 (formerly 1st Global Acct #1) (ECX) (H) | | | | | | | | | |
| 14. | - American Amcap Fund Class F2 (AMCFX) (formerly AMPFX) | D | Dividend | M | T | | | | | |
| 15. | - T Rowe Price Equity Income | A | Dividend | K | T | | | | | |
| 16. | - T Rowe Price NY Tax Free Bond | D | Interest | M | T | | | | | |
| 17. | - ishares Tr Devppty ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - DFA Commod Strategy Port Instl | A | Dividend | J | T | | | | | |
| 19. | - DFA Emerging Mks Core Eq | A | Dividend | K | T | | | | | |
| 20. | - DFA US Large Cap Value | B | Dividend | L | T | | | | | |
| 21. | - ECX Cash Balance | A | Int./Div. | M | T | | | | | |
| 22. | Avantax Acct #2 (formerly 1st Global IRA Acct #2) (EZY) (H): | | | | | | | | | |
| 23. | - DFA Commod Strategy Port Instl | | | | | Sold | 01/03/20 | K | | |
| 24. | - DFA Emerging Mrkts Core Eq | | None | K | T | Sold (part) | 01/03/20 | J | | |
| 25. | - DFA US Large Cap Value | | | | | Sold | 01/03/20 | J | | |
| 26. | | | None | L | T | Buy | 03/11/20 | J | | |
| 27. | - DFA Int'l Small Cap Value | | | | | Sold | 01/03/20 | K | | |
| 28. | - DFA Investment Grade Portfolio Instl | | | | | Sold (part) | 01/03/20 | J | | |
| 29. | | | | | | Sold | 03/11/20 | K | | |
| 30. | - DFA International Core Equity | | | | | Sold | 01/03/20 | M | | |
| 31. | - DFA Real Estate Sec Prtf Instl | | None | K | T | Buy (add'l) | 01/03/20 | J | | |
| 32. | - DFA US Large Company Portfolio | | | | | Sold | 01/03/20 | L | | |
| 33. | - DFA US Small Cap Portfolio Instl CL | | | | | Sold | 01/03/20 | K | | |
| 34. | - DFA US Targeted Value Prtf Instl | | | | | Sold | 01/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tomlinson, A. Kathleen | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | None | L | T | Buy | 03/11/20 | K | | |
| 36.   - DFA Int'l LR Cap GR Port Instil | | | | | Buy | 01/03/20 | K | | |
| 37.   - DFA US Small Cap Growth | | | | | Buy | 01/03/20 | K | | |
| 38.   - DFA U.S. Large Cap Growth | | | | | Buy | 01/03/20 | L | | |
| 39.   - DFA Interm Extended Qual Port Instl | | None | L | T | Buy | 01/03/20 | L | | |
| 40.   - DFA Intl Small Company Port | | None | K | T | Buy | 01/03/20 | K | | |
| 41.   - DFA Intl Value Prtf Instl | | None | L | T | Buy | 01/03/20 | K | | |
| 42. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 43.   Avantax Acct #3 (formerly 1st Global Account # 3) (EBU) (H) | | | | | | | | | |
| 44.   - Inpoint Commercial REIT | C | Int./Div. | L | T | | | | | |
| 45.   - United States Treas. zero coupon | A | Int./Div. | | | Buy | 04/14/20 | L | | |
| 46. | | | | | Matured | 07/14/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tomlinson, A. Kathleen** | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 13, 22 and 43 reflect the change in name of the accounts based on First Gloal having been taken over by Avantax Investment Services.

2 Lines 8 - 11  reflect the Required Minimum Distribution made from the Allianz Vision Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Kathleen Tomlinson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544